**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MARLENE RIVERA,

                Plaintiff,                        21 **CIVIL** 11174 (GRJ)

    -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2022, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. Final judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York
         December 8, 2022

                                                      **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                             **BY:**    *K. Mango*

                                                                **Deputy Clerk**